IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS D. BRALEY,** ) | **CV F 05-0059 AWI WMW HC** |
| ) | |
| Petitioner, ) | **ORDER DIRECTING CLERK** |
| ) | **OF COURT TO RETURN** |
| v. ) | **DOCUMENTS RECEIVED BY** |
| ) | **THE COURT ON APRIL 21,** |
| ) | **2005 AND APRIL 25, 2005** |
| **L. CROWNES, WARDEN, et al.,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

    Petitioner is a prisoner proceeding with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. Section 2254. Currently pending before the court is Respondent's motion to dismiss filed April 14, 2005.

    On April 21, 2005, and April 25, 2005, the court received various documents from Petitioner. These documents were submitted to the court alone, without connection to a supporting memorandum of any kind. The court cannot search through these documents for Petitioner to discern if they provide any support for his case. Accordingly, the Clerk of the Court is HEREBY DIRECTED to return to Petitioner the documents received on April 21,

2005, and April 25, 2005.

IT IS SO ORDERED.

**Dated:   May 13, 2005**                                        **/s/  William M. Wunderlich**
bl0dc4                                                           UNITED STATES MAGISTRATE JUDGE

2